IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL TYE *et. al.*<br><br>Plaintiffs,<br>v.<br><br>HCBJR, LLC; HOLLIS BOSTIC; and MEINEKE CAR CARE CENTERS, LLC<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:17-cv-01087-ELR |

**NOTICE OF CHANGE OF ADDRESS AND FIRM NAME**

Please take notice that the law firm representing Plaintiff in this action has changed its name and address. Undersigned counsel's previous firm recently merged with, and now practices as, Poole Huffman LLC, located at 315 W. Ponce de Leon Avenue, Suite 344, Decatur, Georgia 30030.

Respectfully submitted on May 9, 2017.

|  |  |
|---|---|
|  | s/ William S. Cleveland |
| POOLE HUFFMAN LLC | William S. Cleveland |
| 315 W. Ponce de Leon Avenue, Suite 344 | Georgia Bar No. 721593 |
| Decatur, Georgia 30030 | Dustin Crawford |
| Main:  (404) 373-4008 | Georgia Bar No. 758916 |
| Direct: (404) 446-1010 |  |
| william@poolehuffman.com |  |
| dustin@poolehuffman.com | Counsel for Plaintiff |

**CERTIFICATE OF SERVICE**

I certify that, on May 9, 2017, I filed the foregoing *Notice Change of Address and Firm Name* using the CM/ECF electronic filing system, which will automatically send email notification of such filing to all counsel of record.

s/ William S. Cleveland