**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MICHAEL TYE, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**HCBJR, LLC; HOLLIS BOSTIC; and MEINEKE CAR CARE CENTERS, LLC,**<br><br>**Defendant.** | **CIVIL ACTION NO. 1:17-cv-01087-ELR** |

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Having considered the Unopposed Motion for Extension of Time to Respond to the Complaint by Defendant Meineke Car Care Centers, LLC ("Defendant Meineke"), and for good cause shown, IT IS HEREBY ORDERED that the time in which Defendant Meineke may file an Answer or otherwise respond to the Complaint is hereby extended up to and including June 16, 2017.

It is so ORDERED this ____ day of ____________ , 2017.

_________________________
Honorable Eleanor L. Ross